UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 19-00028

AMAZON LOGISTICS, INC. ,  )
                          )
            Plaintiff,    )
                          )
vs.                       )        MOTION FOR ADMISSION
                          )        *PRO HAC VICE*
UN4GIVEN TRANSPORTATION, INC. ,  )        and AFFIDAVIT
                          )
            Defendant.    )
                          )
                          )

NOW COMES Christopher M. Kelly ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Kevin M. Capuzzi ("Applicant"), who seeks permission to represent Amazon Logistics, Inc.

_____ ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1.      Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is Delaware.

2.      Applicant practices under the name of or as a member of the following firm:

**Firm Name:** **Benesch, Friedlander, Coplan & Aronoff LLP**

**Mailing Address:** **222 Delaware Avenue, Suite 801**

**City / State / Zip:** **Wilmington, DE 19801**

**Telephone Number:** **(302) 442-7010**      **Facsimile Number:** **(302) 442-7012**

**Email Address (required):** **kcapuzzi@beneschlaw.com**

1

3.      Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

Supreme Court of the State of Delaware, Supreme Court of the State of New Jersey, U.S. District Court for the District of Delaware, U.S. District Court for the District of New Jersey,

U.S. District Court for the Eastern District of Michigan, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court.

4.      Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization.  If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5.      Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6.      Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7.      Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8.      Local Counsel has conferred with counsel for the other parties, who have indicated they        oppose this motion.

9.      The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10.     Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the <u>5th</u> day of <u>June</u>, 20<u>19</u>.


<u>s/Christopher M. Kelly</u>                          <u>s/Kevin M. Capuzzi</u>

Local Counsel                                          Applicant

Attorney Name  Christopher M. Kelly

Bar Number

Firm Name  Gallivan, White & Boyd P.A.

Firm Address  6805 Morrison Boulevard, Suite 200

Firm City / State / Zip  Charlotte, NC 28211

Telephone Number  (704) 227-1940

Fax Number  (704) 362-4850

Email Address  ckelly@GWBlawfirm.com

3