# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| AMAZON LOGISTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UN4GIVEN TRANSPORTATION, INC., ) <br> ) <br> Defendant. ) <br> ) | **CERTIFICATE OF SERVICE** <br><br> C.A. No.: 3:19-cv-00028-RJC-DSC |

The undersigned hereby certifies that on June 5, 2019, he served copies of Plaintiff's Motion for Admission for Pro Hac Vice and Affidavit of Kevin M. Capuzzi, via United States mail, with due and proper postage affixed thereto and addressed as follows:

Joseph L Monsanto
Chief Executive Officer
Un4given Transportation, Inc.
1025 W Trade St #2208
Charlotte NC 28202

s/Christopher M. Kelly
Christopher M. Kelly (NC Bar No. 24346)
Caroline B. Barrineau (NC Bar No. 51571)
GALLIVAN, WHITE & BOYD, P.A.
6805 Morrison Blvd., Suite 200
Charlotte, NC 28211
(704) 227-1940
(704) 362-4850 FAX
ckelly@gwblawfirm.com
cbarrineau@gwblawfirm.com