# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00028-RJC-DSC

| | |
|---|---|
| AMAZON LOGISTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UN4GIVEN TRANSPORTATION, INC., | ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Kevin M. Capuzzi]" (document # 9) filed June 5, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 6, 2019

David S. Cayer
United States Magistrate Judge